1020

UNITED STATES of America ex rel. CHIN LOY, the Father of Chin Nom Ow, Relator-Appellant, v. Rudolph REIMER, etc., Respondent-Appellee.

No. 330.

Circuit Court of Appeals, Second Circuit.
June 6, 1938.

Giden & Giden, of New York City (A. Arthur Giden, of New York City, of counsel), for appellant.

Lamar Hardy, U. S. Atty., of New York City (Robert L. Werner, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Order affirmed.

UNITED STATES of America ex rel. Charles FISK, Relator-Appellant, v. Rudolph REIMER, Commissioner of Immigration and Naturalization, at Ellis Island, and All Other Persons having the Custody of Charles Fisk, Respondent-Appellee.

No. 401.

Circuit Court of Appeals, Second Circuit.
July 5, 1938.

Irwin Isaacs, of New York City, for appellant.

Lamar Hardy, U. S. Atty., of New York City (Samuel Brodsky, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.

UNITED STATES of America ex rel. Mary JACKSON, Relator-Appellant, v. John J. KELLY, United States Marshal for the Southern District of New York, and Ruth E. Collins, Superintendent of the House of Detention for Women, Respondents-Appellees.

No. 399.

Circuit Court of Appeals, Second Circuit.
July 5, 1938.

Fogarty, Ramey & Moynihan, of New York City (William McKelvey, of New York City, of counsel), for appellant.

Lamar Hardy, U. S. Atty., of New York City (Richard J. Burke, Asst. U. S. Atty., of New York City, of counsel), for appellees.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.

UNITED STATES of America ex rel. LEW FOOK CHUNG, Father and Next Friend of Lew Ying Pon, Relator-Appellant, v. DIRECTOR OF IMMIGRATION AND NATURALIZATION, at the Port of New York, Respondent-Appellee.

No. 378.

Circuit Court of Appeals, Second Circuit.
June 20, 1938.

James C. Thomas, of New York City, for relator.

Lamar Hardy, U. S. Atty., of New York City (Myles J. Lane, Asst. U. S. Atty., of New York City, of counsel), for respondent.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Order affirmed.